# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Unit 5B005 and Unit 5B003, located at BlueVault San Diego, 5638 Mission Center Road, #104, San Diego, California, 92108. | Case No.  '23 MJ0297 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the __Southern__ District of __California__, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343 | Wire Fraud |
| 15 U.S.C. 78j(b) and 78ff | Securities Fraud |

The application is based on these facts:
See attached Affidavit of Special Agent Jessica Hefron

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jessica Hefron, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by __Telephone__ *(specify reliable electronic means)*.

Date: Jan. 25, 2023

*Judge's signature*

City and state: San Diego, California

Hon. Daniel E. Butcher
*Printed name and title*

## AFFIDAVIT

STATE OF CALIFORNIA   )
                      )   ss
COUNTY OF SAN DIEGO   )

I, FBI Special Agent JESSICA HEFRON being first duly sworn, hereby depose and state as follows:

### I.   INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of an application for a search warrant under 18 U.S.C. §§ 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41 to search two safety deposit boxes: Unit 5B005 and Unit 5B003 ("the Safety Deposit Boxes"), located at BlueVault San Diego, 5638 Mission Center Road, #104, San Diego, California, 92108; and seize any evidence, fruits, and instrumentalities of the crimes of Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff. The Safety Deposit Boxes are located at BlueVault San Diego, a safety deposit box and vault storage facility. The Safety Deposit Boxes to be searched are described herein and in Attachment A, and the items to be seized are described in Attachment B.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since June 2021. While working as an FBI Agent, I have conducted, or participated in, investigations of various violations of federal law. I have conducted, and assisted in, the execution of numerous arrest warrants, search warrants, and seizure warrants. The squad to which I am currently assigned specializes in investigating all forms of economic crimes, including corporate, securities, financial institution, bank, and investment fraud. I completed approximately nineteen weeks of training at the FBI Academy in Quantico, Virginia. During the training, I received instruction in a variety of investigative techniques commonly used in support of a wide range of the FBI's investigative priorities. The training included instruction regarding the

use of confidential human sources, electronic and physical surveillance techniques, law enforcement tactics, search and seizure laws and techniques, interviewing strategies and skills, and a variety of other subjects. Prior to becoming a Special Agent with the FBI, I worked as an Intelligence Specialist focusing on Human Intelligence and Counterintelligence for six years in the United States Navy.

3. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses, including FBI Special Agent Kathleen Moran, who has been a Special Agent since 2005. SA Moran specializes in economic crime, and has extensive experience investigating white-collar crime, including wire fraud, mail fraud, bank fraud, securities fraud, money laundering, and theft of government and public money. SA Moran is the lead agent for this investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## II.   PROBABLE CAUSE

### A.   Background

4. On September 28, 2022, a federal Grand Jury in the Western District of Washington indicted JUSTIN COSTELLO for multiple counts of Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff. An arrest warrant for JUSTIN COSTELLO was issued the same day.

5. Prior to obtaining the Indictment on September 28, 2022, the United States Attorney's Office for the Western District of Washington had an agreement with JUSTIN COSTELLO's defense attorney to allow JUSTIN COSTELLO to self-surrender after the Grand Jury returned an Indictment. On September 28, 2022, shortly after the Indictment was returned, Assistant United States Attorney (AUSA) Justin Arnold and SA Moran spoke with JUSTIN COSTELLO's counsel and told counsel that JUSTIN COSTELLO needed to self-surrender to the FBI the next morning. JUSTIN COSTELLO's counsel

said that he needed to speak with JUSTIN COSTELLO and that he would call back. Within a few minutes, JUSTIN COSTELLO's counsel called back and said that JUSTIN COSTELLO agreed to self-surrender at the FBI's San Diego Field Office the following morning at 9 a.m. PDT. Later in the evening of September 28th, AUSA Arnold emailed JUSTIN COSTELLO's counsel and asked him to have JUSTIN COSTELLO present himself at the FBI by 7 a.m. the next morning. On the morning of September 29, 2022, the morning that JUSTIN COSTELLO was supposed to self-surrender, Costello's counsel indicated he had passed the message along to JUSTIN COSTELLO. JUSTIN COSTELLO failed to appear at the FBI San Diego Field Office. Neither his counsel nor JUSTIN COSTELLO ever contacted law enforcement to explain why he failed to appear or where he was, and JUSTIN COSTELLO's counsel soon told AUSA Arnold that he had stopped representing JUSTIN COSTELLO.

6. On September 30, 2022, a search warrant was obtained in the Western District of Washington for location information for two cell phone numbers known to be used by JUSTIN COSTELLO. Information provided by T-Mobile in response to the search warrant indicated that either T-Mobile could not locate the cell phones or JUSTIN COSTELLO had turned them off. Also on September 30, 2022, a search warrant was obtained in the Western District of Washington for location information for the vehicle that JUSTIN COSTELLO was driving. Using the information provided by Sirius XM Connected Vehicle Services, on October 4, 2022, FBI Agents located JUSTIN COSTELLO at 14864 Crystal View Drive, El Cajon, California. JUSTIN COSTELLO was then taken into custody by FBI Agents.

7. JUSTIN COSTELLO admitted to the arresting agents that he knew there was an arrest warrant for him. On October 6, 2022, a witness whose identity is known to law enforcement contacted law enforcement and reported that the witness had discovered a black backpack on the property where JUSTIN COSTELLO was arrested. The witness informed law enforcement that the witness had looked inside the backpack and observed identification documents, gold bars, and a wristwatch. FBI Agents retrieved the

backpack from the witness that day and obtained a search warrant for the backpack in the Southern District of California on October 14, 2022, in case number 22-MJ3806-BLM.

8. A search of the backpack revealed, among other things, a laptop; six 1-ounce gold bars worth approximately $9,800; approximately $60,000 in cash; approximately 63,312 Mexican pesos; a gold pistol pendant necklace; and a gold grenade necklace. In addition to banking and other documents for JUSTIN COSTELLO, the backpack contained bank cards and identification documents in another individual's name with JUSTIN COSTELLO's known addresses, as well as a fake Washington State driver's license in the name of the other individual with JUSTIN COSTELLO's photo on it. Based on the documents found in the backpack, JUSTIN COSTELLO began using the other person's identity as early as February 2022. The backpack also contained four receipts from BlueVault San Diego for Unit 5B005 and Unit 5B003 (i.e., for the Safety Deposit Boxes). The receipts are addressed to JUSTIN COSTELLO at a Bellevue, Washington address. The receipts indicate that JUSTIN COSTELLO paid rent, late charges, and lien fees for the units in cash on June 2, 2022. According to the receipts, a rent payment for the Safety Deposit Boxes was due January 1, 2023.

9. Following his arrest, JUSTIN COSTELLO was detained pending trial and he remains in federal custody in the Seattle area.

10. On January 18, 2023, JUSTIN COSTELLO pleaded guilty to one count of securities fraud in his pending case in the Western District of Washington. In his Plea Agreement, JUSTIN COSTELLO admitted to defrauding private and public investors and three marijuana companies and agreed to pay no less than $35 million in restitution. A copy of the Plea Agreement is attached to this Affidavit as Exhibit 1.

B. **Blue Vault San Diego**

11. BlueVault San Diego is located at 5638 Mission Center Road #104, San Diego, California, 92108. According to their website, BlueVault has a location in Orange County in addition to the San Diego location. BlueVault's website states that they are Southern California's largest safety deposit box and vault storage facility. They are also

Southern California's largest retailer of gold and silver coins and bars, and Southern California's only gold and silver IRA depositories.

12.     On December 30, 2022, SA Moran spoke to D.J., a regional operations manager at BlueVault. According to D.J., JUSTIN COSTELLO began renting the Safety Deposit Boxes at BlueVault San Diego on November 30, 2020. As noted above, as described in the Plea Agreement, JUSTIN COSTELLO was actively engaged in numerous fraudulent acts at the time. In addition, JUSTIN COSTELLO was actively profiting from his fraudulent schemes by using investor money for his personal benefit and for the benefit of his other companies.  According to D.J., JUSTIN COSTELLO has not accessed the Safety Deposit Boxes within the last year.  BlueVault also does not have records of any bullion sales to JUSTIN COSTELLO within the last year.[1] D.J. confirmed that the Safety Deposit Boxes were paid through January 1, 2023.

C.     **Items Likely To Be Found In The Safety Deposit Boxes**

13.     From my training and experience, and the information provided by SA Moran, there is probable cause to believe that proceeds of the crimes of Wire Fraud, in violation of Title 18, United States Code, and Section 1343, Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, will be found in the Safety Deposit Boxes.

14.     As set forth in Exhibit 1, JUSTIN COSTELLO owned and operated Pacific Banking Corp., which provided banking services to marijuana businesses located in the State of Washington, Colorado, California, Illinois, and Alaska.  In his Plea Agreement, JUSTIN COSTELLO admitted defrauding three marijuana businesses.  As part of his banking services, JUSTIN COSTELLO also accepted large amounts of cash from marijuana businesses.  JUSTIN COSTELLO showed bags filled with cash to investors and friends and shared photographs of large amounts of cash.  In addition, JUSTIN COSTELLO routinely deposited cash into bank accounts that he controlled.  Given that

---

[1] BlueVault is able to provide activity information for only the past year due to the installation of a new computer system.

JUSTIN COSTELLO defrauded three of his marijuana clients, there is probable cause to believe that he defrauded additional marijuana clients who gave him cash to deposit into bank accounts, and this cash may instead be found in the Safety Deposit Boxes.

15. JUSTIN COSTELLO personally profited from defrauding the three marijuana businesses. For example, on July 23, 2020, JUSTIN COSTELLO wired $51,023 of funds belonging to a marijuana client to "The Gallery of Diamonds," a jewelry store in Washington State. JUSTIN COSTELLO also used investor funds from his other fraudulent activity for his personal benefit. For example, on July 28, 2020, JUSTIN COSTELLO caused a cashier's check for $48,977 to be made to "The Gallery of Diamonds." The funds for the cashier's check came from an investor in GRN Holding Corp., one of JUSTIN COSTELLO's companies. While it is unknown what exactly JUSTIN COSTELLO purchased from The Gallery of Diamonds since the store has gone out of business, I know from my training and experience that high-value items such as jewelry are frequently used to launder criminal proceeds and are often kept in safety deposit boxes.

16. On October 6, 2022, SA Moran spoke to D.L, a jeweler in San Diego. JUSTIN COSTELLO purchased $94,000 of gold coins and gold bars from D.L. on or about April 25, 2022. When JUSTIN COSTELLO was arrested, FBI Agents recovered only six gold bars worth approximately $9,800; the location of the remaining gold coins and gold bars is still unknown. The funds used to purchase the gold coins and gold bars came from a $140,000 payment that JUSTIN COSTELLO received in exchange for the sale of the majority of the shares of GRN Holding Corp. As discussed in the indictment, JUSTIN COSTELLO purchased the majority of the shares of GRN Holding Corp. (then known as Discovery Gold Corp.) in 2019 using funds JUSTIN COSTELLO misappropriated from a marijuana banking client. Given that JUSTIN COSTELLO is known to have purchased gold coins and gold bars using misappropriated funds, there is reason to believe he may have purchased additional gold coins and gold bars that will be found in the Safety Deposit Boxes.

17.     In addition to the gold coins and gold bars, D.L. also sold JUSTIN COSTELLO a gold pistol pendant necklace that was covered in rubies, emeralds, and diamonds.  JUSTIN COSTELLO paid D.L. $4,000 in cash and he still owes D.L. an additional $3,000 to $4,000.

18.     In August 2022, JUSTIN COSTELLO sent D.L. a text message stating that JUSTIN COSTELLO was in El Cajon with a contractor on a commercial job.  JUSTIN COSTELLO also wrote in his text message to D.L. that he needed to go to a vault.  JUSTIN COSTELLO may have been referencing BlueVault San Diego.  Although JUSTIN COSTELLO did not access the Safety Deposit Boxes from August 2022 until his arrest on October 4, 2022, the fact that he stated he needed to go to a vault (and that he was clearly planning to flee by this date based upon the timing of his procurement of the false identification documents), indicates that he may have been intending to withdraw assets from the Safety Deposit Boxes.

19.     Among the items found in the backpack were share certificates in JUSTIN COSTELLO's name for GRN Holding Corp. and Hempstract Inc.  In his Plea Agreement, JUSTIN COSTELLO admitted that he defrauded GRN Holding Corp. and Hempstract Inc. investors.  I know, based on my training and experience, that individuals often store share certificates and other important business records in safety deposit boxes.  Given that JUSTIN COSTELLO fled with some, but not all the certificates for the shares that he owns, there is reason to believe additional share certificates may be found in the Safety Deposit Boxes.  In addition, JUSTIN COSTELLO began renting the Safety Deposit Boxes in November 2020, while he was actively engaging in defrauding investors.  The Safety Deposit Boxes, therefore, may contain proceeds of JUSTIN COSTELLO's fraudulent conduct.

## VIII.  CONCLUSION.

20.     For the reasons set forth above, there is probable cause to believe that proceeds of the crimes of Wire Fraud, in violation of Title 18, United States Code, Section 1343, Securities Fraud, in violation of Title 15, United States Code, Sections 78j(b) and 78ff, are located in the Safety Deposit Boxes as described in Attachment A.  I

therefore request that the court issue a warrant authorizing a search for the items more fully described in Attachment B hereto, incorporated herein by reference, and the seizure of any such items found therein.

_____
Jessica Hefron
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this ___25th___ day of January, 2023.

_____
Hon. Daniel E. Butcher
United States Magistrate Judge

## ATTACHMENT A
**Location to Be Searched**

The location to be searched is Unit 5B005 and Unit 5B003, located at BlueVault San Diego, 5638 Mission Center Road, #104, San Diego, California, 92108.

# ATTACHMENT B
## Particular Things to be Seized

The items to be seized are the following items or materials, which constitute evidence related to, and proceeds of, federal criminal violations of Title 18, United States Code, Section 1343 and 2 (Wire Fraud) and Title 5, United States Code, Sections 78(j)(b) and 78ff and Title 17, Code of Federal Regulations, 240.10b-5 (Securities Fraud), for the time period of January 1, 2019, to the present:

1. Proceeds of fraud, including gold coins, gold bars, U.S. or foreign currency, jewelry, share certificates, or other valuables; and

2. Documents or receipts indicating where other proceeds of fraud may be located.